# Third District Court of Appeal

## State of Florida

Opinion filed September 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-5
Lower Tribunal No. 20-20098
_____

**Oscar A. Quintero, et al.,**
Appellants,

vs.

**Centerline Services, LLC, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Metschlaw, P.A., and Lawrence R. Metsch, for appellants.

Law Offices of Victor T. Gutierrez, and Victor T. Gutierrez, for appellee.

Before EMAS, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. See LaBella v. Food Fair, Inc., 406 So. 2d 1216, 1217 (Fla. 3d DCA 1981) ("Florida courts will not render, in the form of a declaratory judgment, what amounts to an advisory opinion at the instance of parties who show merely the possibility of legal injury on the basis of a hypothetical 'state of facts which have not arisen' and are only 'contingent, uncertain, [and] rest in the future.'" (quoting Williams v. Howard, 329 So. 2d 277, 283 (Fla. 1976))).